**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6883**

_____

JOHN FRILANDO, a/k/a John Anthony Frilando, a/k/a John A.
Frilando,

                Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; JUDGE WESTON HOUCK; JUDGE CAMERON
CURRIE; JUDGE MARGARET B. SEYMOUR; AUSA ALFRED BETHEA; AGENT
JOSEPH M. KOEING; ATTORNEY RANDOLPH GREGORY,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(4:13-cv-00861-DCN)

_____

Submitted:  August 22, 2013      Decided:  August 27, 2013

_____

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Frilando, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Frilando appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Frilando's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Frilando v. United States, No. 4:13-cv-00861-DCN (D.S.C. May 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED